IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                           :        Chapter 13


Anita Miranda                    :        No.  19-14609-AMC
     Debtor




CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

     I, David M. Offen, Esquire, Attorney for the above-named
Debtor(s) hereby certify that a copy of the Debtor's Chapter 13
Plan has been served on all priority, secured and unsecured
creditors or their counsel.


Date:  August 8, 2019           /s/ David M. Offen
                                David M. Offen
                                Attorney for Debtor(s)