```
                IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                          : Chapter 13


     Anita  Miranda                  : Case No. 19-14609-AMC
     xxx-xx-6114


          Debtor


           ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
                FOR REMITTANCE TO STANDING TRUSTEE
```

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

                    $1075.00 EVERY TWO WEEKS.

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

DATED: **August 12, 2019**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:           David M. Offen Esq.
William C. Miller, Trustee        Suite 160 West, Curtis Ctr.
P.O. Box 1799                     Philadelphia, PA 19106
Memphis, TN  38101-1799           (215) 625-9600

Payroll Controller
GlaxoSmithKline LLC
Five Moore Drive
P.O. Box 13398
Durham, NC 27709