```
        IN THE UNITED STATE BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
In      Anita Miranda              )   Chapter 13
Re:     Debtor                     )
                                   )   No. 19-14609-AMC
                                   )
```

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

Date:12/4/19