IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Anita Miranda Debtor | ) ) ) ) ) | Chapter 13 No. 19-14609-AMC |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Sell Property and respectfully requests that the Order attached to the Motion be approved.


                                                                 /s/David M. Offen
                                                                 David M. Offen
                                                                 Attorney for Debtor(s)

Date: 3/16/20