```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
```

In re:                                                         Case No. 19-14609-amc
Anita Miranda                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey               Page 1 of 1              Date Rcvd: Mar 18, 2020
                             Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
db             +Anita Miranda,    920 Foulkrod Street,    Philadelphia, PA 19124-2407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Anita  Miranda dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                         :    CHAPTER 13
                               :
Anita Miranda                  :    No. 19-14609-AMC
    Debtor                     :
```

**ORDER**

    **AND NOW**, this _____ day of _____, 2020, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

    **ORDERED**, that debtor is granted permission to sell his/her real property located at <u>317 West Rockland Street Philadelphia, PA 19120</u>("Property"), free and clear of all liens, for the sale price of <u>$85,000.00</u>, pursuant to the terms of a certain real estate agreement of sale dated as of <u>January 2, 2020</u>, to the buyer(s) thereunder, Leonel Hunter("Buyer"), who have been represented to be purchasing the Property at arms-length.

    The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters

2. Liens paid at closing

3. Real estate taxes, sewer, trash and/or other such items

4. Property repairs, if any

5. Real estate commission, at no greater than 6%

6. Attorney's fees, if any

7. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement

8. Other

After paying all liens in full and all costs of sale, the title clerk shall pay to William C. Miller, Esquire, Chapter 13 standing trustee, the balance of the sales proceeds, to be distributed by the standing trustee to his applicable commission, upon confirmation, in accordance with debtor's Chapter 13 plan.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Debtor shall not be permitted to voluntarily dismiss this case; he may, however, convert this case to one under Chapter 7. In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing trustee shall be transferred to the appointed Chapter 7 trustee.

BY THE COURT

**Date: March 17, 2020**

_____
**HONORABLE ASHELY M CHAN
BANKRUPTCY JUDGE**