UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                      Bankr. Case No. 19-14609-AMC-13

ANITA MIRANDA                                                                      Chapter 13
      Debtor(s)

### REQUEST FOR NOTICE

   Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

      Americredit Financial Services, Inc. dba GM Financial
      PO Box 183853
      Arlington, TX  76096

By /s/ Mandy Youngblood

      Mandy Youngblood
      PO Box 183853
      Arlington, TX  76096
      877-203-5538
      877-259-6417
      Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 19-14609-AMC-13

ANITA MIRANDA                                                                              Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 11, 2020 :

DAVID M OFFEN                                        William Miller
601 WALNUT ST                                         583 Bourse Building
PHILADELPHIA, PA  19106                       111 So. Independence
                                                                                   Philadelphia, PA 19106

                                                                                 By  /s/ Mandy Youngblood
                                                                                     Mandy Youngblood

xxxxx54338 / 995906