```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                  :    CHAPTER 13
                            :
    Anita Miranda           :    No. 19-14609-MDC
          Debtor            :
```

ANSWER TO MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND
<u>CERTIFICATE OF SERVICE</u>

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.  Debtor just owes for July.

7. Denied for lack of knowledge.

8. Denied.

9. Denied.

10. Denied.

11. No objection.

12. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 07/07/2021

A copy of this Answer is being served on Rebecca A. Solarz, Esquire, and the Chapter 13 Trustee.