IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Anita Miranda | : | NO. 19-14609-MDC |

**CERTIFICATION OF NO RESPONSE TO MOTION TO SELL REAL ESTATE
FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Sell Real Estate Free and Clear of Liens and Encumbrances and respectfully request that the Order attached to the Motion be approved.

Dated: 09/30/2021

/s/ David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA 19106
215-625-9600