IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF EASTERN PENNSYLVANIA

```
-------------------------------------------------------x
In re                                    :
                                         :    Chapter 13
    ANITA MIRANDA                        :
                                         :    No. 19-14609-mdc
                    Debtor.              :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 20-1 filed by the City of Philadelphia on May 8, 2020 in the amount of $325.35.

                                                      Respectfully submitted,

                                                      THE CITY OF PHILADELPHIA

Dated: October 14, 2021              By: s/ Pamela Elchert Thurmond
                                                  PAMELA ELCHERT THURMOND
                                                  Deputy City Solicitor
                                                  PA Attorney I.D. 202054
                                                  City of Philadelphia Law Department
                                                  Tax & Revenue Unit
                                                  1401 JFK Blvd., 5th Floor
                                                  Philadelphia, PA  19102-1595
                                                  215-686-0508 (phone)
                                                  215-686-0588 (facsimile)
                                                  Email: Pamela.Thurmond@phila.gov