Certificate Number: 12433-PAE-DE-036323827

Bankruptcy Case Number: 19-14609



12433-PAE-DE-036323827

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 11, 2022, at 6:32 o'clock AM EST, Anita Miranda completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 11, 2022     By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher