# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Anita Miranda aka Anita Soler**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Nationstar Mortgage LLC d/b/a Mr. Cooper**<br>　　　　　　　　　　**Movant**<br>　　　　　vs.<br><br>**Anita Miranda aka Anita Soler**<br>　　　　　　　　　　**Debtor(s)**<br><br>**William C. Miller Esq.**,<br>**Trustee** | **BK NO. 19-14609 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 11** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 15, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Anita Miranda aka Anita Soler
920 Foulkrod Street
Philadelphia, PA 19124

Attorney for Debtor(s)
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Method of Service: electronic means or first class mail

Dated: June 15, 2021

　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Phone: (215) 825-6327
　　　　　　　　　　　　　　　　　　　Email: rsolarz@kmllawgroup.com